04-14823

Civil Court of the City of New York
County of Queens                                    Index Number: NC-000403-17/QU
89-17 Sutphin Boulevard, Jamaica, NY 11435

In the Matter of the Application of
**RONFENG CHEN AKA JOE CHEN, AKA RONG FENG CHEN**
For Leave to Change His/Her Name To
**RON FENG CHEN**

**ORDER GRANTING LEAVE TO CHANGE NAME**

Upon the annexed Petition(s) of RONFENG CHEN AKA JOE CHEN, AKA RONG FENG CHEN verified on April 24, 2017, requesting that RONFENG CHEN be permitted to assume the name(s) of (First) **RON** (Middle) **FENG** (Last) **CHEN**, and the Court being satisfied that the Petition is true, and it appearing from the Petition and the Court being satisfied that there is no reasonable objection to the change of name(s) proposed, it is hereby **ORDERED** that,

1) The individual currently known as (First) **RONFENG** (Last) **CHEN** AKA JOE CHEN, AKA RONG FENG CHEN who was born on July 19, 1973, at CHINA, with Cert. of Citizenship #A1140699 (INS Reg. #A38-145-044) and U.S. Passport #221364096 as proof of birth, since no birth certificate is available, is hereby authorized to assume the name of (First) **RON** (Middle) **FENG** (Last) **CHEN** in place and stead of his/her present name upon complying with the provisions of Article 6 of the Civil Rights Law and of this Order.

2) This Order, consisting of a total of 2 page(s), shall be entered, and the Petition upon which it was granted shall be filed, prior to the publication hereinafter directed, in the office of the Clerk of the Civil Court of the City of New York, County of Queens.

3) Within sixty days of the making of this Order, a copy of this Order and supporting papers shall be served upon the following:

- United States Bankruptcy Court
  Eastern District of New York
  271 Cadman Plaza East, Suite #1595
  Brooklyn, NY 11201
  (To be filed with Case #: 1-04-14823-jf)

**FILED**
**GENERAL CLERK**
JUL 2 0 2017
**CIVIL COURT - QUEENS COUNTY**

4) Proof of service on the above indicated party(ies) shall be filed with the Clerk of this Court within ninety days of the making of this Order.

5) At least once within sixty days of the making of this Order, a notice shall be published in Queens Tribune newspaper(s) in substantially the following form:

**Notice is hereby given that an Order entered by the Civil Court, Queens County on 7-19-17, bearing Index Number NC-000403-17/QU, a copy of which may be examined at the Office of the Clerk, located at 89-17 Sutphin Boulevard, Jamaica, NY 11435,**

Civil Court of the City of New York  
County of Queens  
**RONFENG CHEN TO RON FENG CHEN**

Page 2 of 2  
Index Number: NC-000403-17/QU

## ORDER GRANTING LEAVE TO CHANGE NAME

grants me (us) the right to:

Assume the name of (First) RON (Middle) FENG (Last) CHEN  
My present name is (First) RONFENG (Last) CHEN AKA JOE CHEN, AKA RONG FENG CHEN  
My present address is 151-70 25th Drive, Flushing, NY 11354-1504  
My place of birth is CHINA  
My date of birth is July 19, 1973

6) Within ninety days of the making of this Order, proof of such publication, by Affidavit, shall be filed with the Clerk of the Civil Court in the County of Queens.

7) Following the filing of the Petition and the entry of this Order as directed in Paragraph 2 above; the service of such Order and such papers as directed in paragraph 3 above; the filing of proof of such service as directed in Paragraph 4 above; the publication of such notice as directed in Paragraph 5 above; and the filing of proof of such publication as directed in Paragraph 6 above, it is further **ORDERED** that (First) **RONFENG** (Last) **CHEN** AKA JOE CHEN and AKA RONG FENG CHEN shall be known by the name (First) **RON** (Middle) **FENG** (Last) **CHEN**, which s/he is hereby authorized to assume.

7-19-17  
Date

Judge, Civil Court  
Honorable Jodi Orlow

2017 AUG -1 A 10: 33  
RECEIVED/MR  
CLERK  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF  
NEW YORK